UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Great American Insurance Company of New York : | CASE NO.: 06-4093 |
| Plaintiff, : | |
| -vs- : | **CIVIL ACTION** |
| Exclusive Transportation d/b/a Juan Antonia Silva, : John J. Jerue Truck Brokers, Inc. and Gramercy Insurance Company : Defendants. : | STIPULATION EXTENDING TIME TO ANSWER |

**ORDER ON ORAL MOTION**

It is hereby stipulated and agreed by and between the attorneys for the plaintiff, Great American Insurance Company of New York and the attorneys for defendant, Gramercy Insurance Company, that the time within which defendant may serve and file a responsive pleading or otherwise move with respect to the Complaint is hereby extended to August 9, 2008.

Lindabury, McCormick
Estabrook & Cooper
Attorneys for Defendant
Gramercy Insurance Company

*Electronically filed*

By: /s/ *Kevin J. Russell*
Kevin J. Russell, Esq. (KJR-2333)

Dated: July 8, 2008

Pezold, Smith, Hirschmann &
Selvaggio, LLC
Attorneys for Defendant
Great American Insurance
Company of New York

/s/ Gerard F. Smith
Gerard F. Smith, Esq. (GFS-1657)

Dated: July 8, 2008

SO ORDERED
s/Claire C. Cecchi
_____
Claire C. Cecchi, U.S.M.J.
Date: 7/9/08

2214110v1